**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CHIN MUSIC PARTNERS, LLC, KEN CLAYTON, and JACK DUNN,<br><br>Plaintiffs,<br><br>v.<br><br>GRADUMGSWING FRANCHISING, LLC, LORENZO GARMENDIA, and CARLOS GARMENDIA,<br><br>Defendants. | ) | Case No. 1:26-cv-01110-JPB |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, Defendants file this Certificate of Interested Persons and Corporate Disclosure Statement and show the Court the following:

1. The undersigned counsel certifies that the following is a full and complete list of all parties in this action, including any parent corporations and any publicly held corporation that owns 10% or more of the stock of a party: Plaintiff Chin Music Partners, LLC (a Georgia limited liability company; its sole members are Plaintiff Ken Clayton and Plaintiff Jack Dunn; no publicly

held corporation owns 10% or more of its membership interests); Plaintiff Ken Clayton; Plaintiff Jack Dunn; Defendant GradumGswing Franchising, LLC (a Florida limited liability company; its sole member is Defendant Carlos Garmendia; no parent corporation; no publicly held corporation owns 10% or more of its membership interests); Lorenzo Garmendia; and Carlos Garmendia.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations that have a financial interest in, or other interest which could be substantially affected by, the outcome of this case: None known at this time.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this case:

For Plaintiffs:

A Binford Minter
Michael S. Rosenthal
CLARK HILL PLC
3630 Peachtree Rd. NE
Suite 700, 7th Floor
Atlanta, GA 30326
Telephone: 678-370-4360
bminter@clarkhill.com
mrosenthal@clarkhill.com

For Defendants:

Elizabeth B. Rose
Douglas M. Hance
CAIOLA & ROSE LLC
125 Clairemont Avenue, Suite 240
Decatur, Georgia 30030
Telephone: 470-300-1010
elizabeth@caiolarose.com
doug@caiolarose.com

4. Because jurisdiction is based on 28 U.S.C. § 1332(a), Defendants disclose the citizenship of every individual or entity whose citizenship is attributed to the parties:

Plaintiffs

- Plaintiff Chin Music Partners, LLC – a Georgia LLC whose members are: Ken Clayton, citizen of Georgia and Jack Dunn, citizen of Georgia; therefore, Plaintiff Chin Music Partners, LLC is a citizen of Georgia.
- Plaintiff Ken Clayton– citizen of Georgia.
- Plaintiff Jack Dunn– citizen of Georgia.

Defendants

- Defendant GradumGswing Franchising, LLC – a Florida LLC whose sole member is Defendant Carlos Garmendia; therefore,

GradumGswing Franchising, LLC is a citizen of Florida.

- Defendant Lorenzo Garmendia – citizen of Florida.
- Defendant Carlos Garmendia – citizen of Florida.

Respectfully submitted this 26th day of February, 2026.

*/s/ Douglas M. Hance*
Elizabeth B. Rose
Georgia Bar No. 558747
elizabeth@caiolarose.com
Douglas M. Hance
Georgia Bar No. 139531
doug@caiolarose.com
CAIOLA & ROSE LLC
125 Clairemont Avenue, Suite 240
Decatur, Georgia 30030
Telephone: 470-300-1010

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

Pursuant to Local Rule 7.1D, I hereby certify that the foregoing has been prepared using one of the fonts and point selections approved by the Court in Local Rule 5.1C. This document was prepared using Times New Roman (14 point).

This 26th day of February, 2026.

*/s/ Douglas M. Hance*
Douglas M. Hance
Georgia Bar No. 139531

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically filed the foregoing with the clerk using the CM/ECF system which will automatically send e-mail notification and other sufficient notice of such filing to all counsel of record. In addition, I emailed the foregoing to Plaintiffs' counsel, CLARK HILL PLC, A Binford Minter and Michael S. Rosenthal at bminter@clarkhill.com and mrosenthal@clarkhill.com.

*/s/ Douglas M. Hance*
Douglas M. Hance